IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| RANDY TURPIN BELL,           ) | |
|                              ) | |
|     Petitioner,              ) | |
|                              ) | |
|     v.                       ) | CIVIL ACTION NO. |
|                              ) | 2:95cv913-T |
| MICHAEL HALEY,               ) | |
| COMMISSIONER, ALABAMA        ) | (WO) |
| DEPARTMENT OF CORRECTIONS,   ) | |
| et al.,                      ) | |
|                              ) | |
|     Respondents.             ) | |

**JUDGMENT**

In accordance with the memorandum opinion entered today, it is the ORDER, JUDGMENT, and DECREE of the court that:

(1) Petitioner Randy Turpin Bell's petition for writ of habeas corpus (Doc. No. 1) is granted to the following extent:

   (A) The sentence of petitioner Bell is vacated.

   (B) The State of Alabama has 90 days from the date of this judgment to resentence petitioner Bell.

(2)  The petition is denied in all other respects.

It is further ORDERED that costs are taxed against respondents, for which execution may issue.

The clerk of this court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE, this the 25th day of May, 2005.


    /s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**